**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

JPMORGAN CHASE BANK, N.A.,

Plaintiff,

-against-

DIRECT GROUP LLC, DGI SERVICES LLC, D.E. SHAW & CO., LP, SV INVESTMENT PARTNERS, and DEAN TOPOLINSKI,

Defendants.

---------------------------------------------------------------------X

Case No. 11 CV 0308 (WHP)(GWG)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO <u>F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), notice is hereby given by the undersigned counsel for plaintiff JPMorgan Chase Bank, N.A. that the above-captioned action is voluntarily dismissed without prejudice against defendants Direct Group LLC, DGI Services LLC, D.E. Shaw & Co., LP, SV Investment Partners, and Dean Topolinski.

Dated: Garden City, New York
January 25, 2011

Stagg, Terenzi, Confusione & Wabnik, LLP

By: /s/ Thomas E. Stagg

Thomas E. Stagg
Debra L. Wabnik
Haley E. Olam
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.
**Office & P.O. Address:**
401 Franklin Avenue, Suite 300
Garden City, New York 11530
Ph: (516) 812-4500
Fax: (516) 812-4600